E-FILED: **8/7/2008**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | NO. CV 07-5918-GHK |
| --- | --- | --- |
| | ) | (CR 05-70-GHK) |
| Plaintiff, | ) | ORDER DENYING MOTION |
| | ) | PURSUANT TO 28 U.S.C. |
| vs. | ) | SECTION 2255 |
| | ) | |
| ALAN CRAIG RICHARDS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before us on defendant's motion pursuant to 28 U.S.C. Section 2255. We have fully considered the motion and the government's opposition. Defendant was afforded an opportunity to file a reply, but has not done so.

    Based on the government's opposition, this Motion is DENIED.

DATED: AUGUST 7, 2008

George H. King
United States District Judge