

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| **PLAINTIFF** | CR 05-70 GHK |
| v. | |
| *Allen Craig Richards* | **ORDER OF TEMPORARY DETENTION** |
| **DEFENDANT(S).** | **PENDING HEARING PURSUANT** |
| | **TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing
is set for _June 18_____, _2014_, at _11:00_ ☑a.m. / ☐p.m. before the
Honorable _Eick_____, in Courtroom _20_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
                    *(Other custodial officer)*

Dated: _6/13/14_____          _____
                                    U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**